Court of Appeals
First District
301 Fannin Street
Houston, Texas 77002-2066

Monday, August 3, 2015

FILED IN
1ST COURT OF APPEALS
HOUSTON, TEXAS

AUG 10 2015

CHRISTOPHER A. PRINE
CLERK

Lydell A. Jones
#1902538
TDCJ Coffield Unit
2661 FM 2054
Tennessee Colony, Tx 75884

Christopher A. Prine
Clerk of the Court

RE: Court of Appeals Opinion

Style: Trial Court Case Number: 22-09-09812-CR
Court of Appeals Number : 01-13-00920-CR
Lydell Anton Jones V. The State of Texas

Under rule 68.4, petitioner is required to provide
the opinion for the Petitions Discretionary Review process.
Would you please send me a copy of the opinion
to complete my pdr.

Very truely yours,
Lydell A. Jones

Lydell Jones

Lydell A Jones #1900538
2661 FM 2054 Coffield Unit
Tennessee Colony, Texas 75884

NORTH TEXAS TX PSDC
DALLAS TX 750
06 AUG 2015 PM 7 L

**MAIL RECEIVED**

**MAIL RECEIVED**

RECEIVED
FIRST COURT OF APPEALS
HOUSTON, TEXAS

AUG 10 2015

CHRISTOPHER A. PRINE
CLERK

PRIVILEGED OFFENDER MAIL
NOT INSPECTED BY TEXAS
DEPARTMENT OF CRIMINAL
JUSTICE-CORRECTIONAL
INSTITUTIONS DIVISION

First District Court of Appeals

Christopher A. Prine
( Clerk of the Court )
301 Fannin Street

Houston, Texas 77002-2066
770022066599